NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1608

WESTSTAR REVIVOR, INC. (formerly known as Weststar, Inc.),

Appellant,

v.

Donald C. Winter, SECRETARY OF THE NAVY,

Appellee.

Clinton D. Hubbard, Law Offices of Clinton D. Hubbard, of San Diego, California, argued for appellant.

Tara J. Kilfoyle, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee.  With her on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director.  Of counsel was Anuj Vohra, Trial Attorney

Appealed from:  United States Armed Services Board of Contract Appeals

Administrative Judge Jack Delman

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1608

WESTSTAR REVIVOR, INC. (formerly known as Weststar, Inc.),

Appellant,

v.

Donald C. Winter, SECRETARY OF THE NAVY,

Appellee.

# Judgment

ON APPEAL from the　　Armed Services Board of Contract Appeals

in CASE NO(S).　　52837 and 53171

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

　　Per Curiam (MAYER and LINN, <u>Circuit Judges</u> and ROBERTSON, <u>District Judge</u>.*)

<u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: <u>July 16, 2007</u>　　　<u>/s/ Jan Horbaly</u>
　　　　　　　　　　　　　　Jan Horbaly, Clerk

* 　　Honorable James Robertson, District Judge, United States District Court of the District of Columbia, sitting by designation.